UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-128-DMG (KSx) | Date | February 8, 2022 |
| Title | *Jamie Stanton v. San Bernardino County Children and Family Services, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On January 18, 2022, *pro se* Petitioner Jamie Stanton filed a Memorandum In Support of Motion to Confirm Arbitration Award, seeking to confirm an arbitration award she purportedly obtained in her favor against Defendant San Bernardino County. [Doc. # 6.][1] Although Petitioner's filing is styled as a motion, Petitioner has not noticed the motion for hearing.

Petitioner resides in Ontario, California, and Defendant is the County of San Bernardino. It appears there is no diversity of citizenship between the parties, as is required under 28 U.S.C. section 1332(a). Petitioner likewise does not assert any claims that arise under federal law. Although Petitioner seeks to confirm an arbitration award pursuant to 9 U.S.C. section 9, the Federal Arbitration Act does not give rise to subject matter jurisdiction in federal courts, but requires an independent jurisdictional basis. *See Hall Street Associates, LLC v. Mattel, Inc.*, 552 U.S. 576, 581-82 (2008). Petitioner does not assert any other basis for federal question jurisdiction.

Because Petitioner has not demonstrated any basis for federal subject matter jurisdiction, Petitioner is **ORDERED** to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Petitioner shall file her response by no later than **February 23, 2022**. Failure to file a timely and satisfactory response will result in the dismissal of this action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

---

[1] Petitioner submitted several filings in August, November, and December of 2021 that were not filed on the docket because they did not comply with the Local Rules of this District. [*See* Doc. ## 1-4.]

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|